**REECE WOOLF, Guardian for White, v. H. MOORE, Executrix.**

Supreme Court.   October, 1797.

*Wilson's Red Book, 146.*

*Wilson* [for plaintiff.]   *Ridgely* [for defendant.]

PER CURIAM.   This is a judgment etc. *quando acciderint,* and no execution can go until a *scire facias* is returned etc.

**HARMONSON'S ADMINISTRATRIX v. WALKER'S ADMINISTRATRIX.**

Supreme Court.   October, 1797.

*Wilson's Red Book, 146.*

PER CURIAM.   We never quash an execution after the term to which it is returnable.   Enter this by consent.